# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**WILLIAM JUSTIN HOWARD,** :
:
   **Plaintiff** :
:
      **v.** : 5:05-CV-444 (WDO)
:
**SHERIFF PRIMUS, et al.,** :
:
   **Defendants** :

## ORDER

Having carefully considered the Magistrate Judge's Report and Recommendation to dismiss the Hancock County Board of Commissioners, and there being no objection thereto, the Recommendation is ADOPTED. The claims against the Hancock County Board of Commissioners are DISMISSED and the Board is DISMISSED as a party.

    **SO ORDERED this 19th day of January, 2006.**


    **S/WILBUR D. OWENS, JR.**
    **UNITED STATES DISTRICT JUDGE**