IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

WILLIAM JUSTIN HOWARD, :
 :
    Plaintiff :
 :
    v. : 5:05-CV-444 (WDO)
 :
TOMLYN PRIMUS, et al., :
 :
    Defendants :

**ORDER**

Plaintiff Howard tested positive for cocaine after he was involved in a motor vehicle accident on June 27, 2005. He was incarcerated at the Hancock County Detention Center on September 9, 2005 after being arrested for first degree vehicular homicide and driving under the influence. He was released from the detention center on January 13, 2006. Plaintiff Howard alleges that while he was incarcerated he was denied adequate medical assistance by the Defendants' refusal to provide him with narcotic medication for his pain and antibiotics for his contemplated surgery. Though he was not provided with the specific treatment he desired, Plaintiff was afforded medications which he refused on at least eighteen occasions.

This matter is now before the Court on the Magistrate Judge's Report and Recommendation to grant the Defendants' motion for summary judgment on Plaintiff's claims. The Court notes that Plaintiff failed to respond to the Defendants' motion for summary judgment. Having carefully considered the summary judgment motion and the

1

Recommendation, and there being no objections by the Plaintiff thereto, the Recommendation is ADOPTED and made the order of the Court. Defendants' motion for summary judgment is GRANTED.

The Recommendation also instructed Plaintiff to "diligently prosecute" this case against the only remaining defendant, Dr. Akhras. Because Plaintiff has still refused to make any effort to pursue this case, and the 20 days for a response has elapsed, the claims against Dr. Akhras are dismissed and this case is DISMISSED WITH PREJUDICE.

**SO ORDERED this 9th day of January, 2007.**

**S/**
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**